UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ANTHONY PETERSON,<br><br>Petitioner,<br><br>v.<br><br>RALPH M. DIAZ,<br><br>Respondent. | No. 2:19-cv-01480 WBS GGH P<br><br><br><br>ORDER |

On January 21, 2020, petitioner filed objections to the court's January 13, 2020 Amended Findings and Recommendations. ECF No. 18. Contained in the objections, petitioner withdrew his Motion for Summary Judgment filed on November 18, 2020. See ECF No. 18 at 2. In light of petitioner's withdrawal of the motion, the January 13, 2020 Amended Findings and Recommendation are hereby MOOT. Parties shall brief the pending motion for stay in accordance with the court's March 2, 2020 order. ECF No. 22.

IT IS SO ORDERED.

Dated: March 4, 2020

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

1