IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RICHARD ANTHONY PETERSON,** | No. 2:19-cv-01480 WBS GGH P |
| Petitioner, | [PROPOSED] ORDER |
| v. | Judge:   The Hon. Gregory G. Hollows |
| **RALPH M. DIAZ,** | |
| Respondent. | |

This Court considered Respondent's request for an extension of time to file an opposition to Petitioner's Motion for Stay and Abeyance and, good cause appearing,

IT IS HEREBY ORDERED that Respondent's request for an extension of time to file an opposition is **GRANTED**. Respondent shall file an opposition to Petitioner's Motion for Stay and Abeyance no later than April 13, 2020. Petitioner may file a reply within seven days of service of the opposition.

Dated: April 1, 2020

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

SF2019202115

1