UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ANTHONY PETERSON,<br><br>Petitioner,<br><br>v.<br><br>RALPH DIAZ,<br><br>Respondents. | No. 2:19-cv-01480 WBS GGH P<br><br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se with this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, has filed a motion for reconsideration.

Accordingly, IT IS HEREBY ORDERED that respondents shall respond to the motion for reconsideration by April 27, 2020. In so doing, respondents shall address, in addition to any other response arguments: whether petitioner is in a queue for COVID-19 compassionate release, and if not, whether under the AG's calculation, petitioner's presently calculated release date, absent consideration of his assertions, would occur within 2020; the AG should also respond describing the COVID-19 conditions at petitioner's present place of incarceration.

Petitioner may reply no later than seven days from the filed date of respondents' filing.

Dated: April 21, 2020

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

1